**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-81191-Civ-ROSENBERG/REINHART

|  |  |
|---|---|
| MICHAEL LEWITTER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>TERRAN ORBITAL CORPORATION, MARC H. BELL, MATHIEU RIFFEL, GARY A. HOBART, and STRATTON SCLAVOS,<br><br>     Defendants. | <u>CLASS ACTION</u> |

**REPLY DECLARATION OF JAYNE A. GOLDSTEIN IN FURTHER SUPPORT OF MOTION OF MOVANT THE TERRAN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Jayne A. Goldstein, hereby declare as follows:

1.      I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of Steven Verzwyvelt, Jesse Ramirez, Michael O'Neill, and Jill O'Neill (collectively, the "Terran Investor Group"), and have personal knowledge of the facts set forth herein.  I make this reply Declaration in further support of the Terran Investor Group's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Miller Shah as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:   Firm resume of Wohl & Fruchter LLP;

Exhibit 2:   Order Appointing Co-Lead Plaintiffs and Approving Selection of Counsel, dated March 7, 2023, in the action styled *Vargas v. Citrix Systems, Inc. et al*., Case No. 22-cv-62327-RAR (S.D. Fla.) ("*Citrix* Action");

Exhibit 3:   Order Granting Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs, dated November 4, 2024, in the *Citrix* Action; and

Exhibit 4:   Notice of Motion and Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class, and Incorporated Memorandum of Law, filed on September 30, 2024 in the *Citrix* Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 17, 2024, at Delray Beach, Florida.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein

1