UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-81191 ROSENBERG / REINHART

STEVEN VERZWYVELT, JESSE RAMIREZ, MICHAEL O'NEILL, and JILL O'NEILL, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

TERRAN ORBITAL CORPORATION, MARC H. BELL, MATHIEU RIFFEL, GARY A. HOBART, and STRATTON SCLAVOS,

      Defendants.

**DECLARATION OF JUSTIN D'ALOIA IN SUPPORT OF
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Justin D'Aloia, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Pomerantz LLP, counsel for court-appointed lead plaintiff Steven Verzwyvelt, Jesse Ramirez, Michael O'Neill, and Jill O'Neill ("Lead Plaintiffs") and additional plaintiff Michael Lewitter (collectively with Lead Plaintiffs, "Plaintiffs"), and I am admitted *pro hac vice* to appear before the Court as counsel for Plaintiffs in the above-captioned action (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, would testify thereto. I submit this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

2.      Attached as Exhibit 1 is a true and correct copy of an excerpt from the proxy statement dated October 4, 2024, filed by Terran Orbital Corporation ("Terran") on Schedule

1

DEF14A with the U.S. Securities and Exchange Commission ("SEC") on October 4, 2024.  Exhibit 1 has been excerpted due to length.  A complete copy will be provided if requested by the Court.

3.      Attached as Exhibit 2 is a true and correct copy of Lead Plaintiff's First Amended Class Action Complaint, as filed on December 23, 2009, in the matter captioned *Waterford Township General Employees Retirement System v. SunTrust Banks, Inc. et al*, No. 1:09-cv-00617 (N.D. Ga. Mar 06, 2009) [ECF. No. 24].

I declare, under penalty of perjury under the laws of the United States, that the foregoing facts are true and correct.

Executed this 19th day of May, 2025, at New York, New York.

*/s/ Justin D. D'Aloia*

Justin D. D'Aloia
