# Exhibit 24



M&A    Consumer

# Terran Orbital CEO sees chance of getting Rivada payment in next few days

Dec. 20, 2023 2:07 PM ET | **Terran Orbital Corporation (LLAP) Stock** | By: Joshua Fineman, SA News Editor | 23 Comments



🎁 Welcome to **Seeking Alpha!**

Articles on **LLAP** are available to you for free for the next **30** days.

To continue receiving professional-grade analyses on **LLAP** and gain access to similar insights across the entire market, subscribe to Premium before your trial expires. Start today for only $4.95 for your first month.

**Join Premium**

Terran Orbital (NYSE:LLAP) Chief Executive Officer Marc Bell said there's a possibility that the satellite maker could receive payment for a contract from Rivada Networks in the next few days.

Bell cited a text exchange he had with Rivada CEO Declan Ganley from Tuesday, Bell told Seeking Alpha in an interview on Wednesday.

"I'm not a 100% certain that they will get it done by tomorrow, but they are trying," Ganley wrote in the text, according to Bell. "I think more likely Thursday or even Friday. Their American lawyers are good and ready to close it once they get final detail instructions from their client."

Bell cautioned that he still "can't guarantee anything" as far as Rivada is concerned.

"The reality is I don't control Rivada," Bell said. "I don't control what they pay. Rivada has paid us millions of dollars to date. They've paid us a lot of money so far. They have been paying us. They just don't have the big closing on their big round. That's what people want."

"Rivada is great, but we don't rely on Rivada," Bell further explained. "Our business model is we are no relying on them. They are there; when they get funded it's great. Would I love them to fund before Christmas, absolutely. If they don't fund before Christmas it doesn't have any impact on my business."

Bell's comments come a few weeks after Terran Global (LLAP) plunged 30% on Dec. 11 after a WSJ report that the company was looking to sell itself and was seeking bids by the end of the month. The satellite maker subsequently confirmed in a filing that it was exploring alternatives.

Bell explained that the company hired Jefferies to explore strategic alternatives ranging from a full sale to other options.

"Everything is on the table or we do nothing," Bell said. "All we're doing is looking at every possibility, every different scenario and then from there we'll decide what we want to do."

"We are not running out of cash," Bell explained. "We are not going to be tapping the capital markets. We are not going to be doing any more dilutive transactions. We have raised the cash we need to get to EBITDA positive and we are not going out looking for cash."

The company had $70 million in cash as of the end of October, Bell reiterated.

"We were going to do the Nov. 30 numbers, but we decided the year ends are coming up and the year-end numbers are looking great so in January we will put out the year-end cash," Bell said. "Cash is looking very solid."

"We have lots of other Rivada's out there," Bell told Seeking Alpha. "We have multiple constellations, the same size as or potentially larger than Rivada that we are working with today that we are bidding on. Hopefully it's Rivada, but it could be someone else that takes that spot."

A potential sale comes as Boca Raton, Florida-based Terran Orbital (LLAP) is facing pressure from some investors pushing for the maker of small satellites to start a strategic review and oust Bell. The group, which sent a letter to LLAP in October, The group includes Sophis Investments, Roark's Drift LLC, and three co-founders of Terran's main operating subsidiary, Tyvak Nano-Satellite Systems.

"It's four upset former employees," Bell said. "It's like ex-wives, you call them ex for a reason."

The investor push and potential sale come as Terran Orbital (LLAP) shares have plunged more than 90% since going public through a SPAC deal in March 2022.

## More on Terran Orbital

- Terran Orbital: A High-Risk Bet For Investors Willing To Embrace A Bumpy Ride

- Terran Orbital Corporation (LLAP) Q3 2023 Earnings Call Transcript

- Terran Orbital gains as CEO reportedly says company isn't for sale

- Terran Orbital plunges amid report it's seeking a buyer (update)

- Seeking Alpha's Quant Rating on Terran Orbital