# Exhibit 25 (Excerpted)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE TRANSITION PERIOD FROM TO**

**Commission File Number 001-40170**

# TERRAN ORBITAL CORPORATION
**(Exact name of Registrant as specified in its Charter)**

| | |
|---|---|
| **Delaware** | **98-1572314** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**6800 Broken Sound Parkway NW, Suite 200**
**Boca Raton, FL 33487**
**(561) 988-1704**

**(Address of principal executive offices, including zip code, Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbols | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.0001 per share | LLAP | New York Stock Exchange |
| Warrants to purchase one share of common stock, each at an exercise price of $11.50 per share | LLAP WS | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant, based on the closing price of the registrant's shares of common stock on June 30, 2022 was approximately $256.8 million.

**TERRAN ORBITAL CORPORATION**
**Consolidated Balance Sheets**
**(In thousands, except share and per share amounts)**

| | | December 31, | | |
|---|---|---|---|---|
| | | **2022** | | **2021** |
| **Assets:** | | | | |
| Cash and cash equivalents | $ | 93,561 | $ | 27,325 |
| Accounts receivable, net of allowance for credit losses of $764 and $945 as of December 31, 2022 and 2021, respectively | | 4,754 | | 3,723 |
| Contract assets, net | | 6,763 | | 2,757 |
| Inventory | | 24,133 | | 7,783 |
| Prepaid expenses and other current assets | | 9,710 | | 57,639 |
| **Total current assets** | | **138,921** | | **99,227** |
| Property, plant, and equipment, net | | 24,743 | | 35,530 |
| Other assets | | 18,990 | | 639 |
| **Total assets** | **$** | **182,654** | **$** | **135,396** |
| **Liabilities, mezzanine equity and shareholders' deficit:** | | | | |
| Current portion of long-term debt | $ | 7,739 | $ | 14 |
| Accounts payable | | 21,188 | | 9,366 |
| Contract liabilities | | 27,228 | | 17,558 |
| Reserve for anticipated losses on contracts | | 2,860 | | 886 |
| Accrued expenses and other current liabilities | | 11,721 | | 76,136 |
| **Total current liabilities** | | **70,736** | | **103,960** |
| Long-term debt | | 142,620 | | 115,134 |
| Warrant and derivative liabilities | | 39,950 | | 5,631 |
| Other liabilities | | 20,769 | | 2,028 |
| **Total liabilities** | | **274,075** | | **226,753** |
| Commitments and contingencies (Note 12) | | | | |
| **Mezzanine equity:** | | | | |
| Redeemable convertible preferred stock - authorized zero and 20,526,878 shares of $0.0001 par value as of December 31, 2022 and 2021, respectively; issued and outstanding shares of zero and 10,947,686 as of December 31, 2022 and 2021, respectively | | - | | 8,000 |
| **Shareholders' deficit:** | | | | |
| Preferred stock - authorized 50,000,000 and zero shares of $0.0001 par value as of December 31, 2022 and 2021, respectively; zero issued and outstanding | | - | | - |
| Common stock - authorized 300,000,000 and 151,717,882 shares of $0.0001 par value as of December 31, 2022 and 2021, respectively; issued and outstanding shares of 142,503,771 and 78,601,283 as of December 31, 2022 and 2021, respectively | | 14 | | 8 |
| Additional paid-in capital | | 269,574 | | 97,737 |
| Accumulated deficit | | (361,168 ) | | (197,066 ) |
| Accumulated other comprehensive income (loss) | | 159 | | (36 ) |
| **Total shareholders' deficit** | | **(91,421 )** | | **(99,357 )** |
| **Total liabilities, mezzanine equity and shareholders' deficit** | **$** | **182,654** | **$** | **135,396** |

The accompanying notes are an integral part of these consolidated financial statements.

F-3