**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-81191-CIV-CANNON**

**STEVEN VERZWYVELT, JESSE RAMIREZ,**
**MICHAEL O'NEILL & JILL O'NEILL,**
*individually and on behalf of all others similarly situated*,

      Plaintiffs,

v.

**TERRAN ORBITAL CORPORATION,**
**MARC H. BELL, MATHIEU RIFFEL,**
**GARY A. HOBART, AND STRATTON SCLAVOS,**

      Defendants.

_____/

**ORDER REQUIRING COMBINED RESPONSES**
**AND SETTING TYPEFACE REQUIREMENTS**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

**ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of September 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record