**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81191-ARTAU**

|  |  |
|---|---|
| STEVEN VERZWYVELT, JESSE RAMIREZ, MICHAEL O'NEILL, and JILL O'NEILL, individually and on behalf of all others similarly situated, | CLASS ACTION |
| Plaintiffs, | |
| v. | |
| TERRAN ORBITAL CORPORATION, MARC H. BELL, MATHIEU RIFFEL, GARY A. HOBART, and STRATTON SCLAVOS, | |
| Defendants. | |

## JOINT MOTION TO STAY ALL DEADLINES

Lead Plaintiffs Steven Verzwyvelt, Jesse Ramirez, Michael O'Neill, and Jill O'Neill ("Lead Plaintiffs") and additional plaintiff Michael Lewitter (collectively with Lead Plaintiffs, "Plaintiffs") and Defendants Terran Orbital Corporation, Marc H. Bell, Mathieu Riffel, Gary A. Hobart, and Stratton Sclavos (collectively "Defendants" and, together with Plaintiffs, the "Parties"), through their respective undersigned counsel, hereby jointly move the Court for the entry of an Order staying all deadlines outlined in the Court's March 20, 2026 Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (the "Scheduling Order," Dkt. No. 90).  Because there is good cause supporting the requested relief, the Court should grant this Joint Motion, in further support of which the Parties state as follows:

1.      This matter is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which provides for a stay of "all discovery and other proceedings . . . during the

pendency of any motion to dismiss." 15 U.S.C. § 78u-4(b)(3); *see*, *e.g.*, *Instituto De Prevision Militar v. Merrill Lynch*, 546 F.3d 1340, 1345 (11th Cir. 2008) (noting that the PSLRA contains "an automatic stay of discovery pending the resolution of a motion to dismiss").

2.      Accordingly, this Court previously ordered that "Discovery [be] stayed in this action pending a decision on Defendants' motion to dismiss pursuant to 15 U.S.C. § 78u-4(b)(3)(B)." (Dkt. No. 69.)

3.      Defendants moved to dismiss Plaintiffs' Second Amended Complaint (Dkt. No. 83) on November 20, 2025 (Dkt. No. 87) in accordance with the Court's November 5, 2025 scheduling order (Dkt. No. 84). Plaintiffs filed their opposition to Defendants' motion to dismiss on January 9, 2026 (Dkt. No. 88), and Defendants filed their reply in support on February 13, 2026 (Dkt. No. 89). Defendants' motion to dismiss thus remains fully briefed and pending before the Court.

4.      Due to the pendency of Defendants' motion to dismiss and the terms of the PSLRA, the Parties have not engaged in any discovery to date.

5.      The Parties agree that the first item listed in the Scheduling Order – selection of a mediator and scheduling of a date, time, and place for mediation – is premature given that the Parties have not conducted any discovery. Staying that deadline pending this Court's decision on Defendants' motion to dismiss will preserve both judicial and Party resources.

6.      The request to stay the deadlines in the Court's Scheduling Order is made in good faith, is not made for any improper purpose or to burden the Court, and neither the Court nor any party will be prejudiced by said relief.

<u>**CONCLUSION**</u>

For the foregoing reasons, the Parties respectfully request that the Court enter an Order granting this Joint Motion and issuing a stay of all deadlines in the Scheduling Order until there is

2

a decision on Defendants' motion to dismiss.  For the Court's convenience, a proposed Order granting this Motion is attached as Exhibit "A."

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Southern District of Florida Local Rule 7.1, the undersigned counsel certifies that they conferred on April 15, 2026 and April 17, 2026 regarding the relief requested in this Motion, and that Plaintiffs have authorized Defendants to file this joint motion.

3

Dated:  April 20, 2026

Respectfully submitted,

By:  */s/ Justin D. D'Aloia*
Justin D. D'Aloia (admitted *pro hac vice*)
Guy Yedwab (admitted *pro hac vice*)
jdaloia@pomlaw.com
guyyedwab@pomlaw.com
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Joshua E. Fruchter (*pro hac vice* application
forthcoming)
jfruchter@wohlfruchter.com
WOHL & FRUCHTER LLP
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
Telephone: (845) 290-6818

Jayne A. Goldstein (Florida Bar #144088)
Nathan C. Zipperian (Florida Bar #61525)
jagoldstein@millershah.com
nczipperian@millershah.com
MILLER SHAH LLP
2103 N. Commerce Pkwy.
Fort Lauderdale, Florida 33326
Telephone: (954) 515-0123

*Counsel for Plaintiffs and the Class*

By:  */s/ Allen P. Pegg*
Allen P. Pegg (Florida Bar No. 59782)
allen.pegg@hoganlovells.com
HOGAN LOVELLS US LLP
600 Brickell Avenue,
Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500

Jon M. Talotta (admitted *pro hac vice*)
jon.talotta@hoganlovells.com
HOGAN LOVELLS US LLP
8350 Broad St., 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100

Allison M. Wuertz (admitted *pro hac vice*)
Jacey L. Gottlieb (admitted *pro hac vice*)
allison.wuertz@hoganlovells.com
jacey.gottlieb@hoganlovells.com
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000

*Counsel for Defendant Terran Orbital Corporation*

By:  */s/ Erin Berhan*

Erin Berhan, Esq. (Florida Bar No. 1038948)
erin.berhan@us.dlapiper.com
DLA PIPER LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 423-8500

Jason S. Lewis (admitted *pro hac vice*)
Ryan D. Lantry (admitted *pro hac vice*)
DLA PIPER LLP
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 743-4000
jason.lewis@us.dlapiper.com
ryan.lantry@us.dlapiper.com

*Counsel for Defendant Marc H. Bell*

5

By:  */s/ Stephen E. Hudson*

Parker A. Lewton (Florida Bar No. 1002490)
Stephen E. Hudson (admitted *pro hac vice*)
plewton@ktslaw.com
shudson@ktslaw.com
KILPATRICK TOWNSEND &
    STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500

Joseph B. Gadberry (admitted *pro hac vice*)
jgadberry@ktslaw.com
KILPATRICK TOWNSEND &
    STOCKTON LLP
4208 Six Forks Road, #1400
Raleigh, North Carolina 27609-5764
Telephone:  (919) 420-1700

*Counsel for Defendant Gary A. Hobart*

By:  */s/ Nicholas J. Siciliano*
Martin B. Goldberg (Florida Bar No. 0827029)
Benjamin R. Shiekman (Florida Bar No. 113114)
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com
LASH GOLDBERG
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
Telephone: (305) 347-4040

Nicholas J. Siciliano (admitted *pro hac vice*)
Whitney B. Weber (admitted *pro hac vice*)
Renatta A. Gorski (admitted *pro hac vice*)
nicholas.siciliano@lw.com
whitney.weber@lw.com
renatta.gorski@lw.com
LATHAM & WATKINS
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 777-7000

*Counsel for Defendant Mathieu Riffel*

6

By: */s/ James R. Drabick*

Aaron S. Weiss (Florida Bar No. 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: (305) 530-0050

Peter L. Welsh (admitted *pro hac vice*)
James R. Drabick (admitted *pro hac vice*)
peter.welsh@ropesgray.com
james.drabick@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 235-7865

*Counsel for Defendant Stratton Sclavos*