**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81191 ARTAU / REINHART**

STEVEN VERZWYVELT, JESSE RAMIREZ, MICHAEL O'NEILL, and JILL O'NEILL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TERRAN ORBITAL CORPORATION, MARC H. BELL, MATHIEU RIFFEL, GARY A. HOBART, and STRATTON SCLAVOS,

Defendants.

**JOINT NOTICE OF CLASS ACTION SETTLEMENT**

In accordance with S.D. Fla. L.R. 16.4 and the Amended Order Setting Pre-Trial Schedule and Resetting Trial [ECF No. 124] (the "Amended Scheduling Order"), Lead Plaintiffs Steven Verzwyvelt, Michael O'Neill, and Jill O'Neill and additional plaintiff Michael Lewitter (collectively, "Plaintiffs") and Defendants Terran Orbital Corporation, Marc H. Bell, Mathieu Riffel, Gary A. Hobart, and Stratton Sclavos (collectively, "Defendants," and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby provide notice that the Parties have reached an agreement in principal to settle the above-captioned class action (the "Action"). The Parties have agreed to negotiate and execute a definitive stipulation of settlement by no later than November 30, 2026, at which time Plaintiffs will file a motion for preliminary approval of the proposed settlement under Fed. R. Civ. P. 23(e).

Dated: October 30, 2026

Respectfully submitted,

By: /s/ *Nathan C. Zipperian*
Jayne A. Goldstein (Florida Bar #144088)
Nathan C. Zipperian (Florida Bar #61525)
jagoldstein@millershah.com
nczipperian@millershah.com
MILLER SHAH LLP
1395 Brickell Ave., Suite 827
Miami, Florida 33131
Telephone: (866) 540-5505

Justin D. D'Aloia (admitted *pro hac vice*)
Guy Yedwab (admitted *pro hac vice*)
jdaloia@pomlaw.com
guyyedwab@pomlaw.com
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Joshua E. Fruchter
jfruchter@wohlfruchter.com
WOHL & FRUCHTER LLP
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
Telephone: (845) 290-6818

*Counsel for Plaintiffs and the Class*

By: /s/ *Allen P. Pegg*
Allen P. Pegg (Florida Bar No. 59782)
allen.pegg@hoganlovells.com
HOGAN LOVELLS CADWALADER US LLP
600 Brickell Avenue,
Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500

Jon M. Talotta (admitted *pro hac vice*)
jon.talotta@hoganlovells.com
HOGAN LOVELLS CADWALADER US LLP
8350 Broad St., 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100

Allison M. Wuertz (admitted *pro hac vice*)
Jacey L. Gottlieb (admitted *pro hac vice*)
allison.wuertz@hoganlovells.com
jacey.gottlieb@hoganlovells.com
HOGAN LOVELLS CADWALADER US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000

*Counsel for Defendant Terran Orbital Corporation*

By: */s/ Erin Berhan*

Erin Berhan, Esq. (Florida Bar No. 1038948)
erin.berhan@us.dlapiper.com
DLA PIPER LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 423-8500

Jason S. Lewis (admitted *pro hac vice*)
Ryan D. Lantry (admitted *pro hac vice*)
DLA PIPER LLP
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 743-4000
jason.lewis@us.dlapiper.com
ryan.lantry@us.dlapiper.com

*Counsel for Defendant Marc H. Bell*

By: */s/ Stephen E. Hudson*

Parker A. Lewton (Florida Bar No. 1002490)
Stephen E. Hudson (admitted *pro hac vice*)
plewton@ktslaw.com
shudson@ktslaw.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500

Joseph B. Gadberry (admitted *pro hac vice*)
jgadberry@ktslaw.com
KILPATRICK TOWNSEND &
STOCKTON LLP
4208 Six Forks Road, #1400
Raleigh, North Carolina 27609-5764
Telephone: (919) 420-1700

*Counsel for Defendant Gary A. Hobart*

By: */s/ Nicholas J. Siciliano*

Martin B. Goldberg (Florida Bar No. 0827029)
Benjamin R. Shiekman (Florida Bar No. 113114)
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com
LASH GOLDBERG
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
Telephone: (305) 347-4040

Nicholas J. Siciliano (admitted *pro hac vice*)
Whitney B. Weber (admitted *pro hac vice*)
Renatta A. Gorski (admitted *pro hac vice*)
nicholas.siciliano@lw.com
whitney.weber@lw.com
renatta.gorski@lw.com
LATHAM & WATKINS
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 777-7000
*Counsel for Defendant Mathieu Riffel*

By: */s/ James R. Drabick*

Aaron S. Weiss (Florida Bar No. 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: (305) 530-0050

Peter L. Welsh (admitted *pro hac vice*)
James R. Drabick (admitted *pro hac vice*)
peter.welsh@ropesgray.com
james.drabick@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 235-7865

*Counsel for Defendant Stratton Sclavos*